UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                      CASE NO. 07-30532-PNS3
                                            CHAPTER 13
DIANA LYNN ATHNOS

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: CHASE BANK USA, N.A. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 405167 in the amount of 16.36 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                              /s/Leigh D. Hart or
                              /s/William J. Miller, Jr.
                                OFFICE OF THE CHAPTER 13 TRUSTEE
                                POST OFFICE BOX 646
                                TALLAHASSEE, FL 32302
                                ldhecf@earthlink.net
                                (850) 681-2734 "Telephone"
                                (850) 681-3920 "Facsimile"
```

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| DIANA LYNN ATHNOS<br>2470 WYATT STREET<br>PENSACOLA, FL 32514 | CHASE BANK USA,NA CIRCUIT CITY<br>CHASE BANK, USA N.A.<br>P.O. BOX 10018<br>KENNESAW, GA 30156 |

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                              /s/Leigh D. Hart or
                              /s/William J. Miller, Jr.
12/29/2010  1:29 pm / CR_213    OFFICE OF CHAPTER 13 TRUSTEE
```